**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Earnest Lavell WYNN, a.k.a. Vell,
a.k.a. Earnest, Defendant–
Appellant.**

**No. 09–11474
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 16, 2009.

Jeffrey M. Anderson, U.S. Attorney's Office, Birmingham, AL, Jenny Lynn Smith, Birmingham, AL, for Plaintiff–Appellee.

Gregory J. Reid, Gardendale, AL, for Defendant–Appellant.

Before CARNES, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

Gregory J. Reid, appointed counsel for Earnest Lavelle Wynn, has moved to withdraw from further representation of the appellant, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Wynn's convictions and sentences are **AFFIRMED.**